# United States District Court
# for the District of Columbia

| | |
|---|---|
| **B.D., a minor,** *et al.*<br><br>**Plaintiffs**<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA,**<br><br>**Defendant** | **Civil Action No.  15-1139-RJL** |

### ORDER

Upon consideration of plaintiffs' motion for summary judgment as to Counts Six and Seven of their amended supplemental complaint, statement of facts from the administrative record and of undisputed material facts, supporting memorandum of points and authorities in support of their motion, and exhibits to the motion, any opposition to the motion and plaintiffs' reply to any opposition, and it appearing that the motion should be granted, it is, this _____ day of _____, 2024,

**ORDERED:**  That the motion is granted; and it is

**FURTHER ORDERED:**   That the Clerk of the Court is directed to enter judgment for plaintiffs on Counts Six and Seven of the amended supplemental complaint; and it is

**FURTHER ORDERED:** That plaintiff B.D. is awarded $_____ as as compensatory education, to be paid by defendant District of Columbia on or before _____; and it is

**FURTHER ORDERED:** That within _____ days following the date of this order, the parties shall submit to the Court their recommendations for a neutral third party to administer plaintiff B.D.'s compensatory education fund.

                                                                                                                  _____
                                                                                                                United States District Judge

cc:    Diana M. Savit, Esq.
        **SAVIT & SZYMKOWICZ, LLP**
        4520 East-West Highway
        Suite 700
        Bethesda, Maryland 20814

        Veronica A. Porter, Esq.
        Assistant Attorney General
        Office of the Attorney General
        400 Sixth Street, N.W.
        Washington, D.C.  20001