# United States District Court
# for the District of Columbia

| | |
|---|---|
| **B.D., a minor,** | |
| and | |
| **ANNE DAVIS and BRANTLEY DAVIS,** | |
| Plaintiffs | |
| v. | Civil Action No. 15-01139-RJL |
| **THE DISTRICT OF COLUMBIA,** | |
| Defendant | |

## NOTICE OF APPEAL

Notice is hereby given, this 23rd day of February, 2025, that B.D., a minor when this action was filed, Anne Davis, and Brantley Davis, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from a final order entered in this action on the 23rd day of January, 2025 partially in favor of defendant and partially against these plaintiffs, and from intermediate/interlocutory orders previously entered in favor of defendant and against these plaintiffs.

/s/   *Diana M. Savit*
Diana M. Savit [244970]
**SAVIT LAW FIRM, LLC**
4520 East-West Highway
Suite 700
Bethesda, Maryland 20814
(301) 951-9191
(240) 536-9156 (fax)
dms@savitlaw.com
Counsel for Plaintiffs